**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                        |   |                        |
|----------------------------------------|---|------------------------|
| **BRANDON L. KULP**                    | : | **CIVIL ACTION**       |
|                                        | : |                        |
| Plaintiff,                             | : |                        |
| **v.**                                 | : |                        |
|                                        | : |                        |
| **BROOKS INSTRUMENT, LLC, ET. AL.**    | : | **NO. 24-6769**        |
|                                        | : |                        |
| Defendant.                             | : |                        |

## ORDER

AND NOW, this 16th day of June, 2026, upon consideration of Defendants' Motion for Summary Judgment (Dkt. 20), Plaintiff's response thereto (Dkt. 22) and Defendant's reply (Dkt. 24), it is hereby ORDERED that, for the reasons stated in the accompanying Memorandum of Law, the Motion is DENIED.

BY THE COURT:

GAIL A. WEILHEIMER    J.